# Court of Appeals
# of the State of Georgia

ATLANTA,    May 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1914.  JONES PETROLEUM COMPANY, INC. v. SALIM GILLANI, et al.**

Jones Petroleum Company sued Salim Gillani to enforce restrictive covenants contained in a deed.  The trial court permitted 875 Woodstock, LLC – the current owner of the land – to intervene in the action.  The court later granted Gillani's motion to add an additional party-defendant.  Jones then appealed directly to this Court.  Jones also applied to this Court for interlocutory review of a different order that granted 875 Woodstock's motion to remove an illegal cloud on the title.

Because the interlocutory application appears to fall within the Supreme Court's jurisdiction over title to land and equity cases, we have transferred the application to that Court.  See A12I0235.  In the interest of judicial economy and to prevent piecemeal appellate review, this related direct appeal is also TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/25/2012
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ , *Clerk.*